UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:96-CR-00013-BR

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| ALFRED TITUS SHULER ) | |
| ) | |

This matter is before the court on defendant's motions for a sentence reduction. Having fully considered the motions, they are DENIED.

This 13 August 2012.

_____
W. Earl Britt
Senior U.S. District Judge